U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: HP Tuners, LLC v. Michael C. McKnight and Whitehorse Tuning and Dyno LLC

Case Number: 1:18-cv-02071

An appearance is hereby filed by the undersigned as attorney for:

Michael C. McKnight and Whitehorse Tuning and Dyno LLC

Attorney name (type or print): R. David Donoghue

Firm: Holland & Knight LLP

Street address: 131 South Dearborn Street, 30th Floor

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6273840
(See item 3 in instructions)

Telephone Number: 312-578-6553

Email Address: David.Donoghue@hklaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 4, 2018

Attorney signature: S/ R. David Donoghue
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015