IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL C. MCKNIGHT, an individual, and WHITEHORSE TUNING AND DYNO LLC, a Texas limited liability company, <br><br> Defendant. | Case No. 1:18-cv-02071 <br><br> Honorable John J. Tharp |

## NOTICE OF MOTION

To:    Counsel of Record

PLEASE TAKE NOTICE THAT on Tuesday, July 31, 2018 at 9:00 a.m., Defendants Michael C. McKnight and Whitehorse Tuning and Dyno LLC, by and through their undersigned counsel, will appear before the Honorable John Tharp in the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, Room 1419, and present their THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, copies of which are hereby served upon you.

| | |
|---|---|
| Dated:  July 23, 2018 | Respectfully submitted, <br><br> /s/ *R. David Donoghue* <br><br> R. David Donoghue <br> HOLLAND & KNIGHT LLP <br> 131 South Dearborn Street, 30th floor <br> Chicago, IL 60603 <br> Tel: (312) 263-3600 |

Fax: (312)578-6666
david.donoghue@hklaw.com

***Attorney for Michael C. McKnight and Whitehorse Tuning and Dyno LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document entitled **NOTICE OF MOTION** was filed electronically on this 23rd day of July, 2018 in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5.9.

*/s/ R. David Donoghue*
R. David Donoghue