# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC
                                         Plaintiff,

v.                                                                Case No.: 1:18−cv−02071
                                                                     Honorable John J. Tharp Jr.

Michael C McKnight, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

       MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' third motion for extension of time to file responsive pleading [16] is granted. No appearance on the motion is required. The defendants' responsive pleading is due 8/13/18. The initial status hearing is rescheduled for 8/28/18 at 9:00 a.m. and the intial status report is due 8/21/18. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.