# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC
                    Plaintiff,

v.                                              Case No.: 1:18−cv−02071
                                                                   Honorable John J. Tharp Jr.

Michael C McKnight, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendants' fourth motion for extension of time to file a responsive pleading [19] is granted. No appearance on the motion is required. The defendants deadline to file a responsive pleading is extended to 9/10/2018. No further extensions will be granted absent compelling justification. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.